**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE WILDERNESS SOCIETY; PRAIRIE
FALCON AUDUBON, INC.,
*Plaintiffs-Appellees,*

v.

UNITED STATES FOREST SERVICE;
JANE P. KOLLMEYER; SCOTT C.
NANNENGA,
*Defendants-Appellees,*

and

MAGIC VALLEY TRAIL MACHINE
ASSOCIATION; IDAHO RECREATION
COUNCIL; BLUERIBBON COALITION,
INC.,
*Defendants-Intervenors-*
*Appellants.*

No. 09-35200

D.C. No.
4:08-cv-00363-EJL

ORDER

Filed September 30, 2010

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35-3.

16763